JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WSP USA, INC., ET AL.,<br><br>　　　　　Defendants. | Case No. CV 22-4814-DMG (PVCx)<br><br>**JUDGMENT** |

　　On April 30, 2024, the Court granted Defendants WSP USA, Inc. and Aetna Life Insurance Co.'s motion to dismiss Plaintiff Healthcare Ally Management of California, LLC's ERISA claim and held that ERISA preempted Plaintiff's remaining state law claims, thereby resolving all remaining issues and claims outstanding herein.

　　**IT IS ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** without prejudice.

DATED: May 1, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE